Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
 907-264-3303
Facsimile: 907-276-2631
Email: JamiesonB@LanePowell.com
 BaylousM@LanePowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL R. DULLEN, PR Est. of KARL I. THUMMA (Deceased 02/17/14) and KAREN R. DULLEN,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No. 4:15-cv-_____-___<br><br>**NOTICE OF REMOVAL** |

    Defendant Hartford Life and Accident Insurance Company ("Hartford") respectfully gives notice of the removal of the above-captioned action, currently pending in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, under Case No. 4FA-15-01565 CI, to the United Stated District Court for the District of Alaska. Removal is based on diversity of citizenship under 28 U.S.C. §§ 1332 and 1441.

    1.  On March 17, 2015, Plaintiffs filed their Civil Complaint for Money Damages (the "Complaint") with the Clerk of the Superior Court for the State of Alaska in the Fourth Judicial District at Fairbanks. [Compl. attached as Ex. A]

    2.  Plaintiffs allege that on February 17, 2014, Karl I. Thumma ("Decedent") died of carbon monoxide poisoning. [Comp. ¶ 6]

    3.  Plaintiffs allege that Decedent was insured by an Accidental Death and Dismemberment policy (the "Policy") through Hartford. [Compl. ¶¶ 10, 11]

    4.  Plaintiffs allege that the Policy provides a $75,000 death benefit. [Compl. ¶ 12]

5. Plaintiffs advance claims of negligence and breach of contract stemming from Hartford's determination that Decedent's death was not covered by the Policy, and Plaintiffs seek the policy benefit, costs, interest, and attorney fees. [Compl. ¶¶ 19, 20, and WHEREFORE]

6. 28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States[.]"

7. Complete diversity of citizenship exists. Plaintiffs purport to be residents of Alaska. [Compl. ¶¶ 1, 2] Hartford is a Connecticut corporation, with its principle place of business in Connecticut.

8. The Court should consider Plaintiffs' claim for attorney fees in the amount in controversy. *See, e.g., Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998) ("We hold that where an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy.") Thus, the Policy benefit of $75,000, plus attorney fees, exceeds the amount in controversy threshold for diversity jurisdiction.

9. Because there is complete diversity of citizenship among the parties and because the amount in controversy exceeds the jurisdictional minimum, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

10. The Complaint was served through CT Corporation on April 8, 2015. [*See* Service of Process Transmittal attached as Ex. B] Thus, this Notice of Removal is timely under 28 U.S.C. § 1441(d), and will be served upon Plaintiffs' counsel and filed promptly in the state court.

DATED this 6th day of May, 2015.

LANE POWELL LLC
Attorneys for Defendant

By  s/Michael B. Baylous
   Brewster H. Jamieson, ABA No. 8411122
   Michael B. Baylous, ABA No. 0905022

I certify that on May 6, 2015, a copy of the foregoing was served by mail on:

Ward Merdes, Merdes Law Office
PO Box 71309, Fairbanks AK 99707

  s/Michael B. Baylous

073000.1590/6337998.2

**Notice of Removal**
*Dullen v. Hartford Life and Accident Ins. Co.* (Case No. 4:15-cv-_____-___)                    Page 2 of 2

Case 4:15-cv-00010-JWS   Document 1   Filed 05/06/15   Page 2 of 2