Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
 907-264-3303
Facsimile: 907-276-2631
Email: JamiesonB@LanePowell.com
 BaylousM@LanePowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL R. DULLEN, PR Est. of KARL I. THUMMA (Deceased 02/17/14) and KAREN R. DULLEN,<br><br>                                 Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                                 Defendant. | Case No. 4:15-cv-00010-JWS<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of court.

Dated: July 1, 2015

MERDES LAW OFFICE, P.C.
Attorneys for Plaintiff

By  s/Ward M. Merdes (w/consent)
    Ward M. Merdes, ABA No. 8906027

Dated: July 1, 2015

LANE POWELL LLC
Attorneys for Defendant

By  s/Michael B. Baylous
    Brewster H. Jamieson, ABA No. 8411122
    Michael B. Baylous, ABA No. 0905022

I certify that on July 1, 2015, a copy of
the foregoing was served electronically on:
Ward M. Merdes, ward@merdes.com
s/Michael B. Baylous